DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JAMES L. ROBISON,

Appellant,

v.

CITIBANK, N.A. and U.S. BANK,

Appellees.

No. 2D22-904, 2D22-2591
CONSOLIDATED

_____

February 28, 2024

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Sarasota County; Andrea McHugh and Stephen M. Walker, Judges.

James L. Robison, pro se.

James H. Wyman, B.C.S. of Hinshaw & Culbertson LLP, Coral Gables, for Appellee Citibank, N.A.

No appearance for Appellee U.S. Bank.

PER CURIAM.

In these consolidated appeals, we dismiss for lack of jurisdiction the portion of the appeal in case number 2D22-2591 challenging the trial court's July 12, 2022, denial of James L. Robison's motion to disqualify the trial judge. *See Sutton v. State*, 975 So. 2d 1073, 1076 (Fla. 2008)

("[P]rohibition is . . . recognized as the proper avenue for immediate review of whether a motion to disqualify a trial judge has been correctly denied.").  We find no merit to the remaining issues Robison has raised on appeal and otherwise affirm without comment.

Affirmed in part and dismissed in part.


SLEET, C.J., and KELLY and VILLANTI, JJ., Concur.

_____

Opinion subject to revision prior to official publication.